FRANK A. WEISER (#89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com

Attorney for Defendant
NITES INN CORPORATION,
a California corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | No. CV19-02165-JGB-SHK |
| Plaintiff, | ANSWER TO COMPLAINT |
| vs. | |
| NITES INN CORPORATION, a California corporation and DOES 1-10, Inclusive, | |
| Defendants. | |

1

Defendant NITES INN CORPORATION, a California corporation ("Defendants"), for itself and itself only, hereby files an Answer to the Complaint as follows:

### FIRST CLAIM FOR RELIEF

1. Defendant does not have sufficient information at this time and upon such a basis denies each and every allegation in paragraphs 1, 4, 5, 6, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, as incorporated by paragraph 26 of the Complaint, and further denies paragraphs 27a.-c., 28, 29, 30, 31 of the Complaint..

2. Defendant admits paragraphs 2, 3, 9, 10, as incorporated by paragraph 26 of the Complaint.

### SECOND CLAIM FOR RELIEF

3. Defendant does not have sufficient information at this time and upon such a basis denies each and every allegation in paragraphs 1, 4, 5, 6, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 27a.-c., 28, 29, 30, 31 as incorporated by paragraph 32 of the Complaint, and further denies paragraphs 33, 34, 35 of the Complaint..

4. Defendant admits paragraphs 2, 3, 9, 10, as incorporated by paragraphs 32 of the Complaint, .

### FIRST AFFIRMATIVE DEFENSE

5. . The Complaint and each claim for relief alleged against the Defendant herein, fails to state facts sufficient to constitute a claim for relief against the defendant.

## SECOND AFFIRMATIVE DEFENSE

6. The Complaint and each claim for relief alleged against the Defendant herein is barred by the fact that Plaintiff is attempting to acquire rights in violation of the Due Process Clause and Equal Protection Clause of the U.S. Constitutions.

## THIRD AFFIRMATIVE DEFENSE

7. The Complaint and each claim for relief alleged against the Defendant herein is barred in that Plaintiff lacks standing to bring this action.

## FOURTH AFFIRMATIVE DEFENSE

8. The Complaint and each claim for relief alleged against the Defendant herein is barred because Congress in enacting the ADA under 42 U.S.C. Section 12101 et seq. has exceeded its powers under Section 5 of the Fourteenth Amendment of the U.S. Constitution, since the remedial legislation enacted under the ADA is not "congruent and proportional" to the evidence in support of alleged violations against handicapped individuals.

## FIFTH AFFIRMATIVE DEFENSE

9. The Complaint and the each claim for relief alleged against the Defendant herein is barred because the Defendant without admitting jurisdiction or liability in any manner, is not the operator, lessee and/or owner of said subject property of this lawsuit.

## SIXTH AFFIRMATIVE DEFENSE

10. The Complaint and each claim for relief alleged against the Defendant herein is barred in that Plaintiff was not injured and further lacks standing.

## SEVENTH AFFIRMATIVE DEFENSE

11. The Complaint and each claim for relief alleged against the Defendant herein is barred in that Plaintiff was not seeking or intending at any time relevant herein to be a customer of said subject property of this lawsuit.

**WHEREFORE** answering Defendants prays for judgment against Plaintiff as follows:

1. That the Plaintiff take nothing by way of the Complaint;
2. For costs of suit incurred herein;
3. For reasonable attorney fees;
4. For such other and further relief as the Court deems just and proper.

DATED: December 13, 2019          LAW OFFICES OF FRANK A. WEISER


By: *[signature]*
FRANK A. WEISER, Attorney for
Defendant NITES INN CORPORATION,
a California corporation