1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   **MANNING LAW, APC**
2  20062 S.W. Birch St., Suite 200
3  Newport Beach, CA 92660
   Office: (949) 200-8755
4  DisabilityRights@manninglawoffice.com
5
6  Attorney for Plaintiff: JAMES RUTHERFORD
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NITES INN CORPORATION, a California corporation; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No**. 5:19-cv-02165-JGBS-SHK <br><br> **NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT** <br><br> **Date:** July 6, 2020 <br> **Time:** 9:00 a.m. <br> **Courtroom:** 1 <br><br> **Honorable Jesus G. Bernal** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

---

**NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT**
1

PLEASE TAKE NOTICE that on **Monday, July 6, 2020**, at **9:00 a.m**., or as soon thereafter as this matter can be heard before the Honorable Jesus G. Bernal of the United States District Court for the Central District of California, at **United States District Courthouse, 3470 Twelfth Street, Second Floor, Courtroom 1, Riverside, California**, Plaintiff JAMES RUTHERFORD ("Plaintiff") moves pursuant to Federal Rules of Civil Procedure 15(a)(2) for leave to file the First Amended Complaint in the form shown in the copy of the proposed First Amended Complaint that is attached to the Declaration of Joseph R. Manning, Jr., a redline version of which is attached hereto as **Exhibit 2.**

This motion is based upon this Notice of Motion, Motion for Leave to File a First Amended Complaint, the attached Memorandum of Points and Authorities, any attached declarations, and accompanying exhibits and any other evidence to be presented at the hearing of this Motion.

This motion is made following multiple attempts to confer with defense counsel as required by Local Rule 7-3 but no cooperation or response has been provided.

Dated: June 1, 2020    Respectfully Submitted,

**MANNING LAW, APC**

By: /s/ Joseph R. Manning Jr., Esq.
Joseph R. Manning Jr., Esq.
Attorney for Plaintiff