FRANK A. WEISER (#89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com

Attorney for Defendant
NITES INN CORPORATION,
a California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | No. CV19-02165-JGB-SHK |
| Plaintiff, | **ANSWER TO FIRST AMENDED COMPLAINT** |
| vs. | |
| NITES INN CORPORATION, a California corporation ; and Does 1-10, inclusive, | |
| Defendants. | |

1

Defendant NITES INN CORPORATION, a California corporation ("Defendant"), for itself and itself only, hereby files an Answer to the Complaint ("Complaint") as follows:

## FIRST CLAIM FOR RELIEF

1. Defendant does not have sufficient information at this time and upon such a basis deny each and every allegation in paragraphs 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26 as incorpoated by paragraph 27 of the Complaint and further denies paragraph 28(a)-(c), 29, 30, 31, and 32 of the Complaint..

2. Defendant admits paragraphs 2, 3, 9, 10, as incorpoated by paragraph 27 of the Complaint.

## SECOND CLAIM FOR RELIEF

3. Defendant does not have sufficient information at this time and upon such a basis deny each and every allegation in paragraphs 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28(a)-(c), 29, 30, 31, 32 as incorporated in paragraph 33 of the Complaint, and further denies paragraphs 34, 34, 35 of the Complaint..

4. Defendant admits paragraphs 2, 3, 9, 10 of the Complaint as incorporated in paragraph 33 of the Complaint..

## FIRST AFFIRMATIVE DEFENSE

5. The Complaint and each claim for relief alleged against the Defendant herein, fails to state facts sufficient to constitute a claim for relief against the defendant.

## SECOND AFFIRMATIVE DEFENSE

6. The Complaint and each claim for relief alleged against the Defendant herein is barred by the fact that Plaintiff is attempting to acquire rights in violation of the Due Process Clause and Equal Protection Clause of the U.S. and California Constitutions.

## THIRD AFFIRMATIVE DEFENSE

3. The Complaint and each claim for relief alleged against the Defendant herein is barred in that Plaintiff lacks standing to bring this action.

## FOURTH AFFIRMATIVE DEFENSE

4. The Complaint and each claim for relief alleged against the Defendant herein is barred because Congress in enacting the ADA under 42 U.S.C. Section 12101, et seq. has exceeded its powers under Section 5 of the Fourteenth Amendment of the U.S. Constitution, since the remedial legislation enacted under the ADA is not "congruent and proportional" to the evidence in support of alleged violations against handicapped individuals.

## FIFTH AFFIRMATIVE DEFENSE

5. The Complaint and the each claim for relief alleged against the Defendant herein is barred because the Defendant without admitting jurisdiction or liability in any manner, is not the legally responsible party of this lawsuit.

## SIXTH AFFIRMATIVE DEFENSE

6. The Complaint and each claim for relief alleged against the Defendant herein is barred in that Plaintiff was not injured and further lacks Article III and prudential standing.

## SEVENTH AFFIRMATIVE DEFENSE

7. The Complaint and each claim for relief alleged against the Defendant herein is barred in that Plaintiff was not seeking or intending at any time relevant herein to be a customer of said subject property of this lawsuit.

## EIGHTH AFFIRMATIVE DEFENSE

8. The Complaint and each claim for relief alleged against the Defendant herein is barred in that Defendant at any time relevant herein was not the owner or in control of said subject property of this lawsuit.

**WHEREFORE** answering Defendant prays for judgment against Plaintiff as follows:

1. That the Plaintiff take nothing by way of the Complaint;

2. For costs of suit incurred herein;

3. For reasonable attorney fees;

4. For such other and further relief as the Court deems just and proper.

DATED: July 23, 2020         LAW OFFICES OF FRANK A. WEISER

By: _____
FRANK A. WEISER, Attorney for
Defendant NITES INN CORPORATION,
a California corporation

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial pursuant to F.R.C.P. 38.

DATED: July 23, 2020

LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser
FRANK A. WEISER, Attorney for
Defendant NITES INN CORPORATION,
a California corporation