1   Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
    **MANNING LAW, APC**
2   20062 SW Birch Street, Ste. 200
3   Newport Beach, CA 92660
    Office: (949) 200-8755
4   DisabilityRights@manninglawoffice.com

5

6   Attorney for Plaintiff: JAMES RUTHERFORD

7

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11
    JAMES RUTHERFORD, an                    **Case:** 5:19-cv-02165-JGBS-SHK
12
    individual,                            **Plaintiff's Notice of and Motion
13                                          for Summary Judgment**
14                        Plaintiff,

15  v.
                                             Date:    August 31, 2020
16                                           Time:    9:00 AM
                                             Ctrm:    1
17  NITES INN CORPORATION, a
18  California corporation; and DOES 1-
    10, inclusive,
19                                          Hon. Jesus G. Bernal
20                        Defendants.

21

22
        To all Defendants and their attorneys of record:
23
        Please take notice that on August 31, 2020 at 9:00 AM or as soon thereafter
24
    as the matter may be heard in the courtroom of the Honorable Jesus G. Bernal,
25
    located at 3470 Twelfth Street, Courtroom 1, Riverside, California, 92501, Plaintiff
26
    James Rutherford, will and hereby does move this Court to enter summary
27
    judgment in favor of Plaintiff and against Defendants.
28
        Plaintiff seeks: 1) an Order from the Court requiring Defendant to provide

and maintain accessible parking, accessible routes, and accessible service counters at the Park Avenue Inn located at or about 15401 Park Avenue East, Victorville, California, 92392 and 2) judgment in favor of Plaintiff and against Defendant in the amount of $12,000.

This motion is made on the grounds that there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law filed concurrently herewith, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

This motion is made following the required meet and confer pursuant to Local Rule 7-3 that took place on July 16, 2020 with counsel for Defendant NITES INN CORPORATION, a California corporation.

Dated: August 3, 2020            **MANNING LAW, APC**

By: /s/ Joseph R. Manning Jr., Esq.
      Joseph R. Manning Jr., Esq.
      Attorney for Plaintiff

PLAINTIFF'S NOTICE OF AND MOTION FOR SUMMARY JUDGMENT